UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMC LIFTBOATS, INC. d/b/a AMC MARINE SERVICES, INC. | * CIVIL ACTION NO.<br>*<br>* HONORABLE |
| versus | *<br>* MAGISTRATE |
| DEEP QUEST DIVING, L.L.C. | * |
| ***************************************** | * |

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, AMC Liftboats, Inc. d/b/a AMC Marine Services, Inc. ("AMC") who with respect represents upon information and belief as follows:

I.

Plaintiff, AMC is a Louisiana corporation with its principle place of business in Golden Meadow, Louisiana.

II.

Made defendant herein is:

A. Deep Quest Diving, L.L.C., a Texas limited liability corporation with its principle place of business in Houston, Texas.

III.

This Court has original and exclusive jurisdiction on this matter pursuant to 28 U.S.C. §1331 and Rule 9(h) as this is an admiralty and maritime claim, the general maritime law, as well as diversity of citizenship, 28 U.S.C. §1332.

1

IV.

Venue is proper because the L/B MISS POLLY, plaintiff are located within this district, the AMC/Deep Quest Blanket Time Charter was entered into in the jurisdiction of this Court, and both plaintiff and defendant were doing business within the jurisdiction of this Court.

V.

At all relevant times, AMC was the owner and operator of the L/B MISS POLLY which operates in navigable waters in the United States, including the Gulf of Mexico.

VI.

Deep Quest Diving, L.L.C. ("Deep Quest") entered into a Blanket Time Charter dated May 9, 2010 with plaintiff for the rental of the L/B MISS POLLY.

VII.

As a result of the barge rental of the L/B MISS POLLY from May 8-17, 2010, pursuant to terms and conditions of the Blanket Time Charter, Deep Quest incurred barge rental expenses in the amount of over $43,490.00, which has not been paid, despite demand.

VIII.

As a result of the foregoing, plaintiff seeks recovery of the unpaid barge rental hire plus interests, costs, and attorneys' fees and any other damages which may be proved at trial.

**WHEREFORE**, plaintiff, AMC Liftboats, Inc. d/b/a AMC Marine Services, Inc. prays that Deep Quest Diving, L.L.C. be served with this Complaint and cited to appear and answer same. After due proceedings had, there be judgment in favor of plaintiff, and against defendant, Deep Quest Diving, L.L.C. for all outstanding rental monies owed by Deep Quest Diving, L.L.C. to AMC Liftboats, Inc. d/b/a AMC Marine Services, Inc. for the rental hire of the L/B MISS

POLLY, all pre and post judgment interest, fees and costs, and for all general and equitable relief plaintiff may be entitled to.

        Respectfully submitted,

        **REICH, ALBUM & PLUNKETT, LLC**

        */S/ ROBERT S. REICH*
        **ROBERT S. REICH, T.A. (#11163)**
        **ROBERT B. ACOMB III (#02303**
        Two Lakeway Center, Suite 1000
        3850 N. Causeway Blvd.
        Metairie, Louisiana 70002
        Tel: (504) 830-3999
        Fax: (504) 830-3950
        e-mail: rreich@rapllclaw.com
              racomb@rapllclaw.com
        ***Attorneys for AMC Liftboats, Inc.***
        ***d/b/a AMC Marine Services, Inc.***